UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK
 KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
EOH 4375
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, P.A., <br><br>Petitioners,<br>v.<br><br>NORTHSTAR ENTERPRISES, INC., MMS CONSTRUCTION, INC., PETILLO EXCAVATING, LLC., A. JULIANO & SON, GEMELLI CONST. LLC., NC CUTTING, CAPITAL CONCRETE, INC., BEATON SERVICES and JOHNSON BARAN CORP.<br><br>Respondents. | HON. DENNIS M. CAVANAUGH<br>CIVIL ACTION NO.: 07-5119<br><br><br><br>**ORDER TO WITHDRAW AND DISMISS THE MOTION TO CONFIRM ARBITRATION AWARD AGAINST**<br>**A. JULIANO & SON** |

This matter having been opened to the Court by Zazzali, Fagella, Nowak, Kleinbaum & Friedman, counsel for Petitioners, on Petitioner's motion and application to withdraw its Motion to Confirm the Arbitration Award dated October 5, 2007 against Respondent, A. JULIANO & SON., and the Court having considered the reasons for the withdrawal of the application and for other good cause shown;

IT IS on this 14 day of Nov _____, 2007;

ORDERED that the Motion and application to Confirm the Arbitration Award entered against A. JULIANO & SON. hereby withdrawn and dismissed without prejudice.

DENNIS M. CAVANAUGH, U.S.D.J